UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : Case No. 5:06-bk-50776-JJT

Carol Ann Bradley aka Carol Ann Bell : PETITION FOR UNCLAIMED
: FUNDS AND ORDER THEREON
Debtor(s) :

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct;

1. I am petitioning to receive the total amount of $3,600.00 on behalf of the debtor Carol Ann Bradley aka Carol Ann Bell, whose social security or tax identification number is ▓▓▓-▓▓-8035.

2. ____ A. I am the creditor named in point 1.
   ____ B. I am an employee of the creditor named in point 1 and my title is
   _____ and I am authorized by the creditor to file this petition.
   _X_ C. I am the lawful attorney-in-fact for the debtor named in point 1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the debtor's address and phone number, and a brief history of the debtor (from filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s):
   319 Ramble Bush Rd., Stroudsburg, PA, 18360  Phone: (570) 369-4183
   The original dividend check was sent to a Carol Bradley at RR7 Box 7811, Strousburg, PA 18360.
   That address is no longer valid. The change of address may have prevented the delivery of the original dividend check.

   ____ D. Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (state basis for your claim): (Use attachment f insufficient space is provided)

3. Petitioner has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue.

4. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On May 29, 2012 a copy of this document (fully completed) was mailed to the US Attorney, at PO Box 309, Scranton, PA 18501, Per 28 USC § 2042.

Executed on: May 29, 2012

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
TIN: 74-3049851
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728

Sworn to and subscribed to before me
this 29th day of May, 2012
Andrew T. Drake Notary Public in the
State of Washington, County of King
My commission expires August 9, 2015

APPROVED AS TO FORM:
FINANCIAL ADMINISTRATOR

IT IS SO ORDERED.
_____ 6/7/12
Judge